# Exhibit 3

Secured Card job aid

**Rewards Structure:**
TD Cash Secured Accounts opened prior to 04/23/2020: you earn three (3) Points for each one dollar ($1) on Dining Purchases, two (2) Points for each one dollar ($1) on Grocery Store Purchases, and one (1) Point for each one dollar ($1) on other Purchases.
TD Cash Secured Accounts opened on and after 04/23/2020: you earn one (1) Point for each one dollar ($1) on all eligible purchases.

**Graduation:**
We will begin automatic monthly reviews for eligibility for TD Cash Unsecured Credit card after you use and maintain your Secured credit card for 7 consecutive Billing Cycles. Graduation is not guaranteed for all accounts, and it will be determined based on your credit score at time of monthly review and your existing credit card account activity and payments with TD Bank.

Account Closure: Customers who wish to close the account can do so in two ways:
1) For accounts with a $0 balance, funds will be released into the savings account in:
- ~ 3-5 days from closure date for accounts with no pending transactions.
- ~7-10 business days for accounts that have transactions/payments pending.
2) For accounts with a balance, funds will be released into the savings account in:
Customer using dedicated collateral savings linked to credit card to satisfy balance
- ~5-7 days from closure date for accounts with no pending transactions.
- ~7-10 business days for accounts that have transactions/payments pending.
Customer wants to use an account other than the dedicated collateral account linked to satisfy the balance
- Instruct customer to call back after payment has posted to close the account.(agent will revert to opt 1)

Internal