# Exhibit 4

**TD Bank**

| Manual Name | US Bankcard Secured Product Upgrade Strategy Manual |
| --- | --- |
| Business Unit | US Credit Cards & Unsecured Lending Credit Management |
| Effective Date Begin | In Production as of May 25, 2015 |
| Effective Date End | Currently in Production |



ATTORNEYS' EYES ONLY   TDBANK-00001502



Internal

Page [ PAGE ] of [ NUMPAGES ]

ATTORNEYS' EYES ONLY

TDBANK-00001503